Robert F. Schwartz, SBN 227327
Sean T. Strauss, SBN 245811
TRUCKER ✦ HUSS
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, California 94111
Telephone:   (415) 788-3111
Facsimile:    (415) 421-2017
Email:         rschwartz@truckerhuss.com
                   sstrauss@truckerhuss.com

Attorneys for Plaintiff
FBJ HOMESTEAD ASSOCIATES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| FBJ HOMESTEAD ASSOCIATES, LLC, | Case No.: 3:13-cv-04491-JSC |
|---|---|
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| vs. | |
| THE UFCW-NORTHERN CALFORNIA EMPLOYERS JOINT PENSION PLAN, | |
| Defendant. | |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE; Case No.: 3:13-cv-04491-JSC

#1389171

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff FBJ Homestead Associates, LLC, by and through its counsel of record, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against defendant The UFCW-Northern California Employers Joint Pension Plan.

DATED: December 9, 2013

TRUCKER ✦ HUSS

By: /s/ Robert F. Schwartz
Robert F. Schwartz
Sean T. Strauss
Attorneys for Plaintiff
FBJ HOMESTEAD ASSOCIATES, LLC

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE; Case No.: 3:13-cv-04491-JSC        1

#1389171

# CERTIFICATE OF SERVICE

I, Michael V. Bresso, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the within action. I am employed in the City and County of San Francisco, California. My business address is One Embarcadero Center, 12th Floor, San Francisco, California 94111. On the date indicated below, I served the within:

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

to the addressee(s) and in the manner indicated below:

>THE UFCW-NORTHERN CALFORNIA
>EMPLOYERS JOINT PENSION PLAN
>1277 Treat Blvd., 10th Fl.
>Walnut Creek, CA  94596

 **BY MAIL**: I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document(s) were printed on recycled paper, and that this Certificate of Service was executed by me on December 9, 2013, at San Francisco, California.

>/s/Michael V. Bresso
>Michael V. Bresso